**Arnold Eugene FOX, Jr.,
Plaintiff–Appellant,**

v.

**Eva SHARP; Chrystal McCormick; John McCormick; Other Unnamed Members of The United States Air Force, Defendants–Appellees.**

No. 16–6046

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2016

Decided: July 1, 2016

Arnold Eugene Fox, Jr., Appellant Pro Se.

Before WILKINSON, SHEDD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold Eugene Fox, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fox v. Sharp, No. 1:15-cv-00270-MR-DLH (W.D.N.C. Dec. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED